# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| RITA M. RICHARDS AND CAROLINE J. RICHARDS, CO-EXECUTRICES OF THE ESTATE OF JAMES G. RICHARDS AND THE ESTATE OF HELEN RICHARDS, | : | No. 259 WAL 2023 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Superior Court |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| AMERIPRISE FINANCIAL, INC., AMERIPRISE FINANCIAL SERVICES, INC., RIVERSOURCE LIFE INSURANCE COMPANY, AND THOMAS A. BOUCHARD, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

AND NOW, this 12th day of June, 2024, the Petition for Allowance of Appeal is DENIED.